IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MEGAN KELSEY TABLER,<br><br>Plaintiff,<br><br>v.<br><br>1) MEHDI, INC. d/b/a DAIRY QUEEN,<br>2) MUNIS M. MOMIN,<br>3) ALI MOMIN, and<br>4) AAY786, INC. d/b/a EDIBLE ARRANGEMENTS,<br><br>Defendants. | Civil Action No. 5:17-cv-00209-CAR<br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO COUNTS TWO, THREE, FOUR, AND FIVE

COMES NOW the Plaintiff and Defendants (collectively, "the Parties"), by and through the undersigned counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal WITHOUT PREJUDICE of **Counts Two, Three, Four, and Five** of this Action. (Count One is being dismissed WITH prejudice.)

Respectfully submitted this 21st day of August, 2017.

        SMITH LAW, LLC

By: */s/ William J. Smith*
    William J. Smith
    Georgia Bar No. 710280
    Louise N. Smith
    Georgia Bar No. 131786

1

*Counsel for Plaintiff*

3611 Braselton Highway
Suite 202
Dacula, GA 30019
T: (678) 690-5299 (Office)
T: (678) 889-2264 (William direct)
T: (678) 889-2898 (Louise direct)
F: (844) 828-5615
william@smithlaw-llc.com
louise@smithlaw-llc.com

                PAULK LAW CORPORATION

By:   */s/ Alan G. Paulk, Jr.*
       Alan G. Paulk, Jr. (by William J. Smith
       with express permission)
       Georgia Bar No. 567797
       *Counsel for Defendants*

2900 Paces Ferry Road SE
Suite C-2000
Atlanta, GA 30339
T: (770) 432-2100
F: (404) 759-2899
alan.paulk@gmail.com

## **FONT AND POINT CERTIFICATION**

    I hereby certify that the within and foregoing document was prepared using Times New Roman, 14-point font.

    This 21st day of August, 2017.

                By:   */s/ William J. Smith*
                      William J. Smith

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 21st day of August, 2017, caused service of the foregoing document to issue on Defendants' counsel by electronically filing the document via the CM/ECF filing system.

                                          By:  */s/ William J. Smith*
                                                  William J. Smith